| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ELIZABETH TORRES<br>TORRES LAW GROUP<br>THE LAW CENTER BUILDING<br>2160 NORTH DURFEE AVENUE<br>EL MONTE, CA 91733<br>(626) 408-3802  Fax: (626) 236-9154<br>201677<br>☐ Attorney for: | |

<div style="text-align:center">

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

</div>

| In re:<br><br>Estuardo Otoniel Itzep-Ramirez<br>Anselma Victoria Lopez De Itzep<br><div style="text-align:right">Debtor(s).</div> | CASE NO.: 2:10-bk-47577-VZ<br>CHAPTER: 13<br>ADV. NO.: 2:10-ap-02685-VZ |
|---|---|

<div style="text-align:center">

ELECTRONIC FILING DECLARATION
(INDIVIDUAL)

</div>

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists         Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists   Date Filed: _____
☒ Other: _Proof of Service_                                 Date Filed: 9-21-2010

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____                9-21-2010
Signature of Signing Party                 Date
**Estuardo Otoniel Itzep-Ramirez**
Printed Name of Signing Party

/Anselma Itzep/                           9-21-2010
Signature of Joint Debtor                  Date
**Anselma Victoria Lopez De Itzep**
Printed Name of Joint Debtor

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____                9-21-2010
Signature of Attorney for Signing Party    Date
**ELIZABETH TORRES 201677**
Printed Name of Attorney for Signing Party

---

<div style="text-align:center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>